1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   YOLANDA YEVETTE MIMS,

8                        Plaintiff,

9        v.

10  CAROLYN W. COLVIN, Acting
    Commissioner of Social Security,

11

12                       Defendant.

NO:  13-CV-5132-TOR

ORDER REMANDING CASE

13      BEFORE THE COURT is the parties' Stipulated Motion to Remand (ECF

14  No. 19).  Based on the parties' stipulation, this case is hereby remanded to the

15  Commissioner of Social Security for a de novo hearing pursuant to sentence four

16  of 42 U.S.C. § 405(g).

17  **IT IS HEREBY ORDERED:**

18      1. The parties' Stipulated Motion to Remand (ECF No. 19) is **GRANTED**.

19          The Commissioner's decision regarding Plaintiff's application for

20          supplemental security income disability benefits under Title XVI of the

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

1    Social Security Act is **REVERSED** and **REMANDED** to the Commissioner

2    of Social Security for a *de novo* hearing pursuant to sentence four of 42

3    U.S.C. § 405(g).

4    2. On remand, the ALJ shall update the record, hold a *de novo* hearing, and

5    issue a new decision.  The ALJ shall give further consideration to the record

6    medical opinions, including the opinions of Renee Eisenhauer, Ph.D., Erica

7    Rubin, Psy.D., and Edward Beatty, Ph.D., pursuant to the provisions of 20

8    C.F.R. § 416.927(e) and Social Security Rulings (SSRs) 06-03p and 96-6p.

9    The ALJ shall also give further consideration to Plaintiff's maximum

10   residual functional capacity and provide appropriate rationale with specific

11   references to the record evidence in support of the assessed limitations

12   pursuant to 20 C.F.R. §416.945 and SSRs 85-16 and 96-8p.  As necessary,

13   the ALJ shall also obtain supplemental evidence from a vocational expert to

14   clarify the effect of Plaintiff's assessed limitations on the occupational base

15   pursuant to SSR 85-15.

16   3. Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to

17   28 U.S.C. § 2412(d), upon proper request to this Court.

18   4. All pending motions are **DENIED** as moot.

19   //

20   //

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 2

1    The District Court Executive is hereby directed to enter this Order, provide

2    copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

3    **DATED** July 23, 2014.



4

5                                           THOMAS O. RICE
                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 3